Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHEN, AND FLORENCIO PACLEB, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:13-cv-00685-LB<br><br>**PLAINTIFF RICHARD CHEN'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO RULE 68** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, Richard Chen, only, has accepted Defendant's Offer of Judgment pursuant to Rule 68.

Respectfully submitted this 8th day of May, 2013.

                                By: <u>s/Todd M. Friedman</u>
                                **Todd M. Friedman**
                                **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
                                **369 S. DOHENY DR. #415**
                                **BEVERLY HILLS, CA 90211**
                                **tfriedman@AttorneysForConsumers.com**
                                **Attorney for Plaintiff**

Filed electronically on this 8th day of May, 2013, with:

United States District Court CM/ECF system

A copy sent via mail on this 8th day of May, 2013 to:

Daniel M. Benjamin
BALLARD SPAHR LLP
655 West Broadway, Suite 1600
San Diego, CA 92101
Attorney for Defendant

s/Todd Friedman
    Todd Friedman