Mark J. Levin (*pro hac vice*)
levinmj@ballardspahr.com
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215.864.8235
Facsimile: 215.864.8999

Daniel M. Benjamin (SBN 209240)
benjamind@ballardspahr.com
**BALLARD SPAHR LLP**
655 West Broadway, Suite 1600
San Diego, CA  92101-8494
Telephone: 619.696.9200
Facsimile: 619.696.9269

Attorneys for Defendant,
Allstate Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RICHARD CHEN, AND FLORENCIO PACLEB, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | Case No. 4:13-cv-00685-PJH<br><br>**NOTICE OF NINTH CIRCUIT ORDER GRANTING PETITION FOR PERMISSION TO FILE APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**<br><br>Hon. Judge Phyllis J. Hamilton<br><br>Date Action Filed:  Feb. 14, 2013<br>Trial Date:              Not yet set |

Pursuant to the Court's July 31, 2013 Order directing Defendant Allstate Insurance Company ("Allstate") to immediately provide notice to this Court of the Ninth Circuit's ruling on Allstate's interlocutory appeal petition under 28 U.S.C. § 1292(b) (*see* Dock. No. 31 at 5:17-18), notice is hereby given that, on September 10, 2013, the Ninth Circuit entered an Order granting that petition and permitting the appeal to proceed.  A true and correct copy of the Order is attached hereto as Exhibit A.

          Respectfully submitted,

DATED:  September 10, 2013        BALLARD SPAHR LLP

          /s/ Daniel M. Benjamin
          Daniel M. Benjamin
          Attorneys for Defendant,
          Allstate Insurance Company